IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JARRIETH PATTERSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:20-CV-0003-MHC-JSA |
| ALDRIDGE PITE HAAN LLP and DOES 1–10, INCLUSIVE, | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

A review of the docket indicates that the Joint Preliminary Report and Discovery Plan has not been timely filed. Pursuant to Local Rule 16.2, the Joint Preliminary Report and Discovery Plan must be filed within thirty days after a removed case is filed in this Court. LR 16.2, NDGa. Defendant Aldridge Pite Haan LLP removed this action to this Court on January 2, 2020. As of this date, more than thirty days have passed, but no party has filed any portion of the Joint Preliminary Report and Discovery Plan, nor has any party filed a motion requesting an extension of time to do so.

In addition, the docket reflects that the parties have failed to file Certificates of Interested Persons and Corporate Disclosure Statements. Pursuant to Local Rule 3.3, a Certificate of Interested Persons and Corporate Disclosure Statement

must be filed by counsel for all private parties at the time of first appearance. LR 3.3, NDGa. Accordingly, the parties are **ORDERED** to file these documents within **fourteen (14) days** after the date of this Order.

**IT IS SO ORDERED** this 16th day of March, 2020.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE